

**Office of the Sheriff**
**New Castle County, Delaware**

Trinidad Navarro
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

11/16/2015

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

Court Case # 1 15-CV-09358
Sheriff # 15-009759

### WESTFIELD INSURANCE COMPANY VS. MAXIM CONSTRUCTION
### vs
### ENVIROGEN TECHNOLOGIES, INC

Ronald Fioravanti, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon Registered Agent Representative **Amy McLaren** at **CORPORATION TRUST COMPANY 1209 N. ORANGE STREET WILMINGTON, DE 19801** on 11/13/2015 at 12:30 PM a copy of SUMMONS AND COMPLAINT FOR DECLARATORY JUDGMENT for **ENVIROGEN TECHNOLOGIES, INC**.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

_____
**Ronald Fioravanti, Deputy Sheriff**

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on 11/16/2015 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Ronald Fioravanti, a Deputy Sheriff, of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.

**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

_____
Notary Public

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

**WESTFIELD INSURANCE COMPANY,**

|  |  |
|---|---|
| CASE NUMBER: | 15-cv-09358 |
| V. | |
| ASSIGNED JUDGE: | Rebecca R. Pallmeyer |

MAXIM CONSTRUCTION CORPORATION, INC., the CITY OF CRYSTAL LAKE, ILLINOIS, ENVIROGEN TECHNOLOGIES, INC., and the LAKE COUNTY PUBLIC WATER DISTRICT.

DESIGNATED MAGISTRATE JUDGE: Mary M. Rowland

**TO:** (Name and address of Defendant)

Envirogen Technologies, Inc.
c/o Registered Angent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David S. Osborne
Christopher J. Pickett
Lindsay, Rappaport & Postel, LLC
10 S. LaSalle Street, Suite 1301
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

November 3, 2015

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.