**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | No.  15 cv 09358 |
| MAXIM CONSTRUCTION CORPORATION, INC., , | ) | |
| the CITY OF CRYSTAL LAKE, ILLINOIS, | ) | |
| ENVIROGEN TECHNOLOGIES, INC., and the LAKE | ) | |
| COUNTY PUBLIC WATER DISTRICT, | ) | |
| | ) | |
| *Defendants*. | ) | |

**MOTION FOR LEAVE TO WITHDRAW**

Now comes Attorney, Justin K. Seigler, formerly of the law firm of LINDSAY, RAPPAPORT & POSTEL, LLC and respectfully requests leave to withdraw as counsel for Plaintiff, WESTFIELD INSURANCE COMPANY in regard to the above captioned matter effective November 6, 2015.

Respectfully submitted,

By:  **/s/ Justin K. Seigler**
Justin K. Seigler (6310143)

Justin K. Seigler (6310143)
**Lindsay Rappaport & Postel, LLC**
10 S. LaSalle Street, Suite 1301
Chicago, IL  60603
Phone:  312-629-0208
Fax:  312-629-1404