IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY ) | |
|                              *Plaintiff*, ) | |
| ) | |
| -vs- ) | |
| ) | |
| MAXIM CONSTRUCTION CORPORATION, INC., ) | No. 15 cv 9358 |
| the CITY OF CRYSTAL LAKE, ENVIROGEN ) | |
| TECHNOLOGIES, INC., and the LAKE COUNTY ) | |
| PUBLIC WATER DISTRICT ) | |
| ) | |
|                              *Defendants*. ) | |

## **WESTFIELD'S RULE 26(a)(1) DISCLOSURE STATEMENT**

Now comes Plaintiff Westfield Insurance Company ("Westfield"), and pursuant to Rule 26(a)(1) states as follows:

1) The documents which Westfield may use to support its claims or defenses in this declaratory judgment litigation consist solely of the copies of the underlying complaints in both the *City of Crystal Lake*, *Envirogen*, and *Lake County Public Water District* suits (Docs. 6-1, 6-2, and 6-3, respectively), and verified copies of the Westfield policies issued to Defendant Maxim Construction Company (Docs. 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, respectively).

2) Westfield's counsel of record, listed below, is in possession of the discoverable information described above which Westfield intends on using to support its claim for declaratory judgment.

David S. Osborne  (#6237821)
Christopher J. Pickett  (#6287096)
Avery K. Gordon (#6319201)
Alex P. Blair (#6212366)
**Lindsay, Rappaport & Postel, LLC**
10 S. LaSalle Street, Suite 1301
Chicago IL 60603
312-629-0208
dosborne@lrplawfirm.com
cpickett@lrplawfirm.com
agordon@lrplawfirm.com
ablair@lrplawfirm.com

By:  ___/s/  David S. Osborne
Bar Number:  6237821
*Attorney for Plaintiff, Westfield Insurance Company*

## CERTIFICATE OF SERVICE

I, David S. Osborne, certify that on May 13, 2016, I electronically filed *Westfield's Rule 26(a)(1) Disclosure Statement* with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record listed below:

*Attorney for Maxim Construction Corporation, Inc.*
Keith G. Carlson
Carlson Law Offices
Two N. LaSalle Street, Suite 1800
Chicago, IL  60602
Phone:  312-627-1212
Fax:
Email:  kcslaw@aol.com


*Attorney for City of Crystal Lake*
Christopher J. Murdoch
Holland & Knight, LLP
131 S. Dearborn, 30th Floor
Chicago, IL  60603
Phone:  312-578-6641
Fax: 312-578-6666
Email:  chris.murdoch@hklaw.com


By: /s/          David S. Osborne