IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY ) | |
|                *Plaintiff*, ) | |
| ) | |
| -vs- ) | |
| ) | |
| MAXIM CONSTRUCTION CORPORATION, INC., ) | No. 15 cv 9358 |
| the CITY OF CRYSTAL LAKE, ENVIROGEN ) | |
| TECHNOLOGIES, INC., and the LAKE COUNTY ) | |
| PUBLIC WATER DISTRICT ) | |
| ) | |
|                *Defendants*. ) | |

**WESTFIELD'S MOTION TO SUSPEND BRIEFING**

NOW COMES the Plaintiff, WESTFIELD INSURANCE COMPANY ("Westfield"), by and through its attorneys, David S. Osborne, Avery K. Gordon and Alex P. Blair of LINDSAY, RAPPAPORT & POSTEL, LLC, and for its Motion to Suspend Briefing on the Motion for Summary Judgment filed by Defendant MAXIM CONSTRUCTION CORPORATION, INC. ("Maxim"), and Westfield's forthcoming Cross-Motion for Summary Judgment, states as follows:

1. On June 9, 2016, this Honorable Court set a briefing schedule on Maxim's motion for summary judgment, and granted Westfield until July 11, 2016 to file its cross-motion for summary judgment. [Doc. 36].

2. Since June 9, 2016, Westfield and Maxim have engaged in substantial settlement discussions, and Westfield wishes to suspend briefing on the motions at this time.

3. Westfield requests that this Honorable Court suspend briefing on Maxim's Motion for Summary Judgment, and Westfield's forthcoming Motion for Summary Judgment, and set this matter for status on settlement within 60 days.

WHEREFORE, the Plaintiff, WESTFIELD INSURANCE COMPANY, prays that this

Honorable Court enter an order suspending the briefing schedule on the Motion for Summary Judgment filed by Defendant MAXIM CONSTRUCTION CORPORATION, INC., as well as Westfield's forthcoming Motion for Summary Judgment, and setting this matter for status on settlement within 60 days, and for such other and further relief as this Court deems fair and just under the circumstances.

          Respectfully submitted,
          LINDSAY, RAPPAPORT & POSTEL, LLC


   By: __s/ Alex P. Blair_____
       Alex P. Blair Attorney for Westfield
       Insurance Company

David. S. Osborne
Avery K. Gordon
Alex P. Blair
LINDSAY, RAPPAPORT & POSTEL, LLC
10 S. LaSalle St., Suite 1301
Chicago, Illinois 60603
Tel: (312) 629-0208
Fax: (312) 629-1404
Firm No. 44512
dosborne@lrplawfirm.com
agordon@lrplawfirm.com
ablair@lrplawfirm.com