IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY ) | |
|                                *Plaintiff*, ) | |
| ) | |
| -vs- ) | |
| ) | |
| MAXIM CONSTRUCTION CORPORATION, INC., ) | No. 15 cv 9358 |
| the CITY OF CRYSTAL LAKE, ENVIROGEN ) | |
| TECHNOLOGIES, INC., and the LAKE COUNTY ) | |
| PUBLIC WATER DISTRICT ) | |
| ) | |
|                                *Defendants*. ) | |

**AGREED MOTION TO SUSPEND BRIEFING**

NOW COMES the Plaintiff, WESTFIELD INSURANCE COMPANY ("Westfield"), by and through its attorneys, David S. Osborne, Avery K. Gordon and Alex P. Blair of LINDSAY, RAPPAPORT & POSTEL, LLC, and for its Agreed Motion to Suspend Briefing on the Motion for Summary Judgment filed by Defendant MAXIM CONSTRUCTION CORPORATION, INC. ("Maxim"), states as follows:

1. On July 12, 2016, this Honorable Court modified the briefing schedule for Maxim's motion for summary judgment, and granted Westfield until August 2, 2016 to file its response to Maxim's motion for summary judgment. [Doc. 41].

2. Since July 12, 2016, Westfield and Maxim have engaged in substantial settlement discussions, and both parties wish to suspend briefing on the motions at this time.

3. Westfield requests that this Honorable Court suspend briefing on Maxim's Motion for Summary Judgment, and Westfield's forthcoming Motion for Summary Judgment, and set this matter for status on settlement 30 days from the filing of this motion.

4. Westfield and Maxim are in agreement as to the relief requested by this motion.

WHEREFORE, the Plaintiff, WESTFIELD INSURANCE COMPANY, prays that this Honorable Court enter an order suspending the briefing schedule on the Motion for Summary Judgment filed by Defendant MAXIM CONSTRUCTION CORPORATION, INC., and setting this matter for status on settlement in 30 days, and for such other and further relief as this Court deems fair and just under the circumstances.

                                          Respectfully submitted,
                                          LINDSAY, RAPPAPORT & POSTEL, LLC

                                  By: __s/ Alex P. Blair_____
                                        Alex P. Blair Attorney for Westfield Insurance Company

David. S. Osborne
Avery K. Gordon
Alex P. Blair
LINDSAY, RAPPAPORT & POSTEL, LLC
10 S. LaSalle St., Suite 1301
Chicago, Illinois 60603
Tel: (312) 629-0208
Fax: (312) 629-1404
Firm No. 44512
dosborne@lrplawfirm.com
agordon@lrplawfirm.com
ablair@lrplawfirm.com