IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY | ) |
| *Plaintiff*, | ) |
| v. | ) No. 15 cv 9358 |
| MAXIM CONSTRUCTION CORPORATION, INC., the CITY OF CRYSTAL LAKE, ILLINOIS, ENVIROGEN TECHNOLOGIES, INC., and the LAKE COUNTY PUBLIC WATER DISTRICT, | ) |
| *Defendants*. | ) |

**MEMORANDUM IN SUPPORT OF WESTFIELD'S MOTION
TO EXTEND TIME TO FILE AMENDED PLEADINGS**

Defendant City of Crystal Lake (the "City") hereby supports and joins Plaintiff Westfield Insurance Company's ("Westfield") Motion to Extend Time to File Amended Pleadings. The City respectfully requests that all parties to this action be given an additional thirty days to file amended pleadings. The City may seek leave to file a counterclaim seeking a declaration of coverage, if warranted.

Respectfully submitted,

**DEFENDANT CITY OF CRYSTAL LAKE**

By: /s/ Christopher J. Murdoch
One of its attorneys

Mark E. Burkland
Christopher J. Murdoch
HOLLAND & KNIGHT LLP
131 S. Dearborn Street, 30th Floor
Chicago, Illinois 60603
Tel: (312) 263-3600
Fax: (312) 578-6666

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **October 13, 2016**, he caused the foregoing **Notice to Join Westfield's Motion to Extend Time to File Amended Pleadings** to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon counsel of record.

/s/     Christopher J. Murdoch

#39790330_v1