## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Westfield Insurance Company

                                            Plaintiff,

v.                                                                 Case No.: 1:15−cv−09358
                                                                 Honorable Rebecca R. Pallmeyer

Maxim Construction Corporation, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 14, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to extend time to file Amended Pleadings [49] granted without an appearance. Plaintiff granted leave to file Amended Complaint by or on 11/16/2016. Status hearing set for 10/20/2016 is stricken and re−set to 11/28/2016 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.